UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SEBASTIAN COBO GALLEGO,

Petitioner,

v.

WARDEN,

Respondent.

No. 1:26-cv-07084-DAD-SCR (HC)

ORDER DIRECTING RESPONDENT TO FILE SUPPLEMENTAL BRIEFING

On September 3, 2026, petitioner, proceeding *pro se*, filed a petition for writ of habeas corpus challenging his detention by Immigration and Customs Enforcement ("ICE") and a motion for temporary restraining order seeking his immediate release from custody. (Doc. Nos. 1, 2.) In the petition, petitioner alleges that he has been in immigration detention since June 13, 2026. (Doc. No. 1 at 2.) He further alleges that an immigration judge ("IJ") granted him voluntary departure, with a deadline of August 24, 2026 to depart from the United States, but the government failed to facilitate his departure by that deadline despite maintain custody over him. (*Id.* at 6.) On August 25, 2026, petitioner inquired into the status of his case with unspecified immigration officials at the detention facility where he is presently being held, and the government informed him that a flight was scheduled to facilitate his departure. (*Id.*) On August 27, 2026, petitioner reports having spoken with another immigration official regarding about the

/////

status of his departure, and she informed him that he was now subject to a removal order because he failed to depart by the August 24th deadline. (*Id.*)

On September 4, 2026, the court issued an order directing respondent to file an opposition to the motion for temporary restraining order. (Doc. No. 6.) On September 9, 2026, respondent filed an opposition. (Doc. No. 8.) In that opposition, respondent states that petitioner's voluntary departure deadline has been extended to October 5, 2026, and "[r]espondent's counsel requested a copy of the extension document but has not obtained a copy in time for this deadline."[1] (*Id.* at 2.) In support of the opposition, respondent attaches a copy of the IJ's order granting petitioner voluntary departure in lieu of ordering him removed. (*Id.* at 3.) The IJ's order further provided that the departure deadline may be extended by the Department of Homeland Security. (*Id.*)

In light of the above, the court concludes that further information is needed by the court in order to resolve petitioner's motion. Accordingly, no later than Wednesday, September 16, 2026 at 5 p.m., respondent is ORDERED to file supplemental briefing that: (1) addresses why petitioner did not voluntarily depart from the United States by August 24, 2026 despite being in ICE custody at that time; and (2) includes a copy of the documentation that reflects petitioner's voluntary departure date as having been extended to October 5, 2026.

IT IS SO ORDERED.

Dated: **September 11, 2026**

Dale A. Drozd

DALE A. DROZD
UNITED STATES DISTRICT JUDGE

---

[1] The court assumes that this means respondent's counsel was unable to obtain a copy of this documentation in time to comply with the deadline to file an opposition to petitioner's motion for temporary restraining order.